**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|   |   |
|---|---|
| IN RE: | ) Case No. 98-59752 |
| JTS Corporation, | ) (Chapter 7) |
|   | ) |
| **DEBTOR(S)** | ) |

WITHDRAWAL OF APPLICATION
FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

Comes now ATARI Interactive, Inc. successor to JTS Technology LTD (the "Claimant") hereby withdraws and dismisses without prejudice the Application for Order Directing Payment of Funds to Creditor/Claimant (Docket No. 958).

ATARI Interactive, Inc. successor to JTS Technology LTD

By: _Nancy C. McMillan_
Nancy C. McMillan
American Property Locators, Inc.
Attorney-In-Fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900, Ext. 19

## CERTIFICATE OF MAILING

I hereby certify that on October 24, 2016 I have mailed a true and correct copy of the foregoing WITHDRAWAL OF APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
450 Golden Gate Avenue
San Francisco, CA 94102


_Nancy C. McMillan_
Nancy C. McMillan

# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK 73013

Fax (405) 340-5968

Toll Free (800) 730-4343, Ext. 19
Telephone (405) 340-4900, Ext. 19

October 24, 2016

U.S. Bankruptcy Court
NORTHERN DISTRICT OF CALIFORNIA
Attn: Chris Gundayao
Office of the Clerk
235 Pine Street
San Francisco, CA 94104

**VIA FEDERAL EXPRESS**

RE: Case No: 98-59752
Debtor: JTS Corporation
WITHDRAWAL OF APPLICATION FOR
ORDER DIRECTING PAYMENT OF FUNDS TO
CREDITOR/CLAIMANT

Dear Mr. Gundayao:

Enclosed is a Withdrawal of Application for Order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

Case No:                JTS Corporation

Debtor:                 JTS Corporation

Creditor/Claimant:      ATARI Interactive, Inc. successor to JTS Technology LTD

Amount:                 $306,982.06

Please forward a file stamped copy of the withdrawal to the undersigned at the above address. Thank you for your assistance in this matter.

Sincerely,

*Nancy C. McMillan*

Nancy McMillan

NCM/rbl
Enclosures